UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BEN DAVEY, a Minor, BY and Through LORI DAVEY, His Guardian Ad Litem,

        Plaintiff,

   v.

LINCOLN UNIFIED SCHOOL DISTRICT,

        Defendants.

NO. CIV. S-05-0468 WBS JFM

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the plaintiff's Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for August 15, 2005. Counsel advises that the parties have reached a settlement agreement which only needs to be reduced to writing. If the agreement is consummated and a dismissal of this action is filed before September 26, 2005, counsel shall so inform the court.

In the event these documents are not filed with the court by September 26, 2005, the status (pretrial scheduling)

1 conference previously set for August 15, 2005 will be continued
2 to October 24, 2005 at 9:00 a.m. in Courtroom No. 5.  The joint
3 status report shall be filed by October 10, 2005.
4 DATED:  August 5, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE