1  VARMA & CLANCY
   Attorneys at Law
2  Bob N. Varma (SBN 173508)
   5217 Orchid Ranch Way
3  Elk Grove, CA 95757
   Tel. 916.687-3703
4  Fax. 916.687-3706

5

6  Attorneys for Plaintiff
   BEN DAVEY
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 BEN DAVEY, A minor,                    CASE NO. CV S 05-00468 WBS JFM
   By and Through LORI DAVEY,
12 His Guardian Ad Litem,                 STIPULATION FOR DISMISSAL
                                          AND ORDER THEREON
13         Plaintiff,

14 v.

15 LINCOLN UNIFIED
   SCHOOL DISTRICT,
16
           Defendants.
17 _____/

18

19    IT IS HEREBY STIPULATED by and between the parties to this action through their

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26

27  <u>Ben Davey, a minor v. Lincoln Unified Sch. Dist.</u>, CIV S-05-00468 WBS JFM
           Stipulation for Dismissal & Order Thereon
28                        Page 1

1  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
2  pursuant to FRCP 41(a)(1).  The parties have entered into a confidential settlement agreement that
3  resolves all pending issues between the parties subject to the instant action.

6  Dated: October __5__, 2005                    VARMA & CLANCY

8                                                                By /s/ Bob N. Varma
                                                                 Bob N. Varma,
9                                                                Attorney for Plaintiff

12 Dated: October __5__, 2005                    KRONICK, MOSKOVITZ,
                                                                   TIEDEMANN & GIRARD, LLP

15                                                               By Signature on Original
                                                                 Trevor Skarda
                                                                 Attorney for Defendants

18       THE COURT HAVING CONSIDERED THIS MATTER, HEREBY ORDERS THAT THE
19 DISMISSAL IS GRANTED AND THE CLERK SHALL CLOSE THE CASE.

21 Dated:  October 6, 2005

                                                                 WILLIAM B. SHUBB
                                                                 UNITED STATES DISTRICT JUDGE